# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION

**DOCKET NO. 3:08-cv-473-FDW**

| | |
|---|---|
| SARAH KATHLEEN HIXSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes now before the Court upon receipt of a letter from Plaintiff (Doc. No. 13). In her letter, sent in response to the Court's Show Cause Order of May 5, 2009, Plaintiff states that she is having difficulties with her attorney, who is also her estranged husband, and has been unable to reach him regarding her case. The Court hereby gives Plaintiff an additional thirty (30) days, on or before **July 2, 2009**, within which time she must either file her motion for summary judgement or seek an additional extension for good cause.

The Clerk of Court is directed to forward a copy of this Order and all future orders to Plaintiff at her address, 10016 Janeiro Dr., Huntersville, NC 28078.

IT IS SO ORDERED.                        Signed: June 1, 2009

Frank D. Whitney
United States District Judge