# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Sarah Kathleen Pizzini Hixson,

    Plaintiff,

vs.

Michael J. Astrue,
Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

3:08-cv-473-FDW

DECISION BY COURT. This action having come before the Court by Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 31, 2010 Order.

Signed: March 31, 2010

Frank G. Johns, Clerk
United States District Court